No. 636. STREWL ET AL. v. UNITED STATES. February 13, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit, and motion for leave to proceed further *in forma pauperis*, denied for the reason that the Court, upon examination of the papers herein submitted, finds that the application for writ of certiorari was not made within the time provided by law, Rule XI, Rules of Practice and Procedure in Criminal Cases (292 U. S. 665). *Mr. Joseph G. M. Browne* for petitioners. No appearance for the United States.

No. 557. HARTMAN v. SLOAN, U. S. MARSHAL. February 13, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. David A. Reed, John E. Green, Jr.,* and *Charles Denby, Jr.* for petitioner. *Solicitor General Jackson, Assistant Attorney General Arnold,* and *Mr. John Henry Lewin* for respondent.

No. 578. CARLISLE v. HAMMOND, U. S. MARSHAL. February 13, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. David A. Reed, Charles Denby, Jr., John E. Green, Jr.,* and *H. L. Stone* for petitioner. *Solicitor General Jackson, Assistant Attorney General Arnold,* and *Mr. John Henry Lewin* for respondent.

No. 559. BROWN v. NEW YORK LIFE INSURANCE CO. February 13, 1939. Petition for writ of certiorari to the